UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

                  Plaintiff,

  -v-

3464 EAST TREMONT HOLDINGS LLC and LENA
TRATTORIA LLC,

                  Defendants.

CIVIL ACTION NO. 25 Civ. 10523 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 12, 2026, the Court ordered the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("Rule 26(f) Report") by April 8, 2026.  (Dkt. No. 12). To date the parties have not filed a Rule 26(f) Report.  As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> EXTENDS the deadline to file the Rule 26(f) Report to **Friday, April 10, 2026**.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:      New York, New York
          April 9, 2026

                                 SO ORDERED.

                                 SARAH L. CAVE
                                 **United States Magistrate Judge**