UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

                Plaintiff,

  -v-

BLUE ECHO CARE LLC,

                Defendant.

CIVIL ACTION NO. 25 Civ. 10523 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 8, 2026, the parties informed the Court that this action has settled.  (Dkt. No. 23).

Accordingly, by **July 30, 2026**, the parties shall file a stipulation of dismissal.

Dated:     New York, New York
           June 30, 2026

                       SO ORDERED.

                       _____
                       SARAH L. CAVE
                       **United States Magistrate Judge**