UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

Plaintiff,

-v-

3464 EAST TREMONT HOLDINGS LLC and LENA TRATTORIA LLC,

Defendants.

CIVIL ACTION NO. 25 Civ. 10523 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 26, the parties were required to file a stipulation of dismissal by July 30, 2026. (Dkt. No. 26). To date, the parties have not filed a stipulation of dismissal. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file their stipulation of dismissal up to and including **August 10, 2026**.

Dated: New York, New York
August 3, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**