UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

Plaintiff,

-v-

3464 EAST TREMONT HOLDINGS LLC and LENA TRATTORIA LLC,

Defendants.

CIVIL ACTION NO. 25 Civ. 10523 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 27, the parties were required to file a stipulation of dismissal by August 10, 2026. (Dkt. No. 27). On August 10, 2026, the parties filed their first stipulation of dismissal. (Dkt. No. 28 (the "First Stipulation")). On August 11, 2026, the Clerk of Court marked the First Stipulation as deficient because "the wrong party/parties whom the voluntary dismissal is against was/were selected." (Text Entry dated Aug. 11, 2026). On August 12, 2026, the parties filed their second stipulation of dismissal. (Dkt. No. 29 (the "Second Stipulation")). On August 13, 2026, the Clerk of Court marked the Second Stipulation as deficient because "the attorney signature is illegible." (Text Entry dated Aug. 13, 2026). To date, the parties have not filed another stipulation of dismissal.

By **August 19, 2026**, the parties shall file a stipulation of dismissal bearing legible signatures of all counsel.

Dated: New York, New York
August 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**