UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

Plaintiff,

-v-

3464 EAST TREMONT HOLDINGS LLC and LENA TRATTORIA LLC,

Defendants.

CIVIL ACTION NO. 25 Civ. 10523 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 30, the parties were required to file a stipulation of dismissal, with legible signatures of all counsel, by August 19, 2026. (Dkt. No. 30). On August 19, 2026, the parties filed a "Notice of Voluntary Dismissal" (Dkt. No. 31), which the Clerk of Court marked as deficient because "the wrong event type was used to file the voluntary dismissal." (Text Entry dated August 20, 2026 (the "Aug. 20 Directions")). The Aug. 20 Directions instructed the parties to "[r]e-file the document using the event type Stipulation of Voluntary Dismissal under the event list Other Documents - select the correct filler/filers - select the correct party/parties the voluntary dismissal is against - and attach the correct signed PDF." (Id.) To date, the parties have not filed another stipulation of dismissal.

By **August 26, 2026**, the parties shall file a stipulation of dismissal bearing legible signatures of all counsel and following the Aug. 20 Directions.

Dated: New York, New York
August 24, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**